IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shead, Shatondria S

Printed: 01/06/09

Case Number: 08 B 20300
Judge: Hollis, Pamela S
Filed: 8/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 18,811.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 30,000.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 42.00 | 0.00 |
| 5. | B-Real LLC | Unsecured | 64.45 | 0.00 |
| 6. | Santander Consumer USA | Unsecured | 178.52 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 43.00 | 0.00 |
| 8. | Tri Century Bank | Unsecured | 22.37 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 64.00 | 0.00 |
| 10. | LTD Commodities | Unsecured | 93.60 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 288.01 | 0.00 |
| 12. | Illinois Dept Of Employment Sec | Unsecured | 320.20 | 0.00 |
| 13. | Peoples Energy Credit Union | Unsecured | 333.48 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 98.41 | 0.00 |
| 15. | Arrowhead Investments | Unsecured |  | No Claim Filed |
| 16. | Secretary Of State | Unsecured |  | No Claim Filed |
| 17. | CMD Account Mang | Unsecured |  | No Claim Filed |
| 18. | Credit Source | Unsecured |  | No Claim Filed |
| 19. | ER Solutions | Unsecured |  | No Claim Filed |
| 20. | Crossings Book Club | Unsecured |  | No Claim Filed |
| 21. | GCMG Group LLC | Unsecured |  | No Claim Filed |
| 22. | Jefferson Capital Systems LLC | Unsecured |  | No Claim Filed |
| 23. | Tennant Financial | Unsecured |  | No Claim Filed |
| 24. | Santander Consumer USA | Unsecured |  | No Claim Filed |
| 25. | Premier Bankcard | Unsecured |  | No Claim Filed |
| 26. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Shead, Shatondria S | | Case Number: 08 B 20300 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 01/06/09 | | Filed: 8/4/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | US Bank | Unsecured | | No Claim Filed |
| 28. | TCF Bank | Unsecured | | No Claim Filed |
| 29. | TCF Bank | Unsecured | | No Claim Filed |
| 30. | Tri Century Bank | Unsecured | | No Claim Filed |
| 31. | Comcast | Unsecured | | No Claim Filed |
| 32. | Paycheck Today | Unsecured | | No Claim Filed |
| 33. | Tremont Financial | Unsecured | | No Claim Filed |
| 34. | Direct Tv | Unsecured | | No Claim Filed |
| 35. | MCI | Unsecured | | No Claim Filed |
| 36. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 37. | Affiliated Financial Corporation | Unsecured | | No Claim Filed |
| 38. | MacNeal Health Network | Unsecured | | No Claim Filed |
| 39. | Archie & Acharya | Unsecured | | No Claim Filed |
| 40. | CMD Account Mang | Unsecured | | No Claim Filed |
| 41. | SBC | Unsecured | | No Claim Filed |
| 42. | Imagine | Unsecured | | No Claim Filed |
| 43. | Geneva Roth Capital | Unsecured | | No Claim Filed |
| 44. | Executive Financial | Unsecured | | No Claim Filed |
| | | | $ 50,359.04 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

